In The United States District Court For The Eastern District of Texas Beaumont Division

Roberto Perez TDC 02232041
Plaintiff's
Aggraved Assaulted by
Employee official's
Failure to report Felony

VS

Bobby Lumpkin, Director et al
Defendant's
matthew steel et al
Defendant's

1:22cv123

~~418 U.S. 556 41 64 LEd 2d~~
~~935 94 SCT 2963 2022~~
~~No. 9 40438~~

418 U.S. 550. 41. 64. LEd 2d
935. 94. SCT. 2963. 2022
No. 9. 40438

I have been Incarcerated at Texas penitentiary TDCJ Gib Lewis Since 12.07.2018 or since December.07.2018. I have been housed In wing or dorm HSG 2-28. I am currently In cell HSG 1-16 B dorm or wing. which Is directly next to cell 1-14 HSG wing some offender next to me. Nichols christopher

on october 19, 2020 official Employees beaten Roberto Perez TDCJ number 02232041 approach cell HSG 2-28 wing and enter The cell. Lieutenant Employee official matthew steel enjoying That I was getting beat up by two official Employees... That day, my head was deform and my face was all Bruise... my head and Face was swollen big...

A few days later, I grieve my grievance to warden sells, Edward B ASST warden... and I told him about these official Employee's cliqueing offenders like worse than mob's gang's...

I declare under penalty of perjury that the forgoing Is True and correct. Exeuted march 20, 2022

I want to sue them for at least 150 millions For beaten me up and getting clique...

page 1

All those Employee official's TDCJ
Employee official mcgallion, cody kicking me on my face
And head...
Employee official shiflet, Jeffery kicking me on my face
And head...
Lieutenant Employee official matthew steel recording
Everything on camera enjoying two Employee officials
Beaten me up...
sergeant Employee official Dario Edwards was on the
Team too... It is all on camera.... supposely they
suppose to have experience how to use enforcement
procedures... But mexican mafia and Texas syndicate
And Bloods an crips were telling them to beat the fuck
out off me... So TDC official Employees are putting
Their own rules...
Employee officials They work for ssi and offenders...
And offenders work for Employee officials...That's how
They cover stuff happening In TDCJ unit's... say
Employee officials beat up an offender. they paid
offenders with property and commissary to keep
Everything cover...
want to put on protective custody an get paid an get
ship to the Federal penitentiary for what they did to me...


Roberto Perez
Defendant, Pro. se
Printed Name: Roberto Perez
TDCJ No. 02232041
TDCJ Unit: Gib Lewis
777 FM 3497
Woodville, Texas 75990

page 2

Roberto Perez #02232041
Gib Lewis unit
777 FM 3497
Woodville, Tx 75990

SHREVEPORT LA 710
22 MAR 2022 PM 2 L


CLERK U.S. DISTRICT COURT
RECEIVED
MAR 24 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

United States District court
300 willow street, suite 104
Beaumont, Texas 77701-2217

77701-222299